No. 03–6195.  JOHNSON v. UNITED STATES; and

No. 03–6214. FIELDS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 325 F. 3d 286.